**TELECOMMUNICATION SYSTEMS, INC., Plaintiff–Cross Appellant,**

v.

**MOBILE 365, INC., Defendant– Appellant.**

No. 2009–1349.

United States Court of Appeals, Federal Circuit.

July 21, 2009.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42(b).

**EVERETT LABORATORIES, INC., Plaintiff–Appellee,**

v.

**BRECKENRIDGE PHARMACEUTICAL, INC., Defendant– Appellant.**

No. 2008–1601.

United States Court of Appeals, Federal Circuit.

July 22, 2009.

M. Roy Goldberg, Don J. Pelto, Sheppard, Mullin, Richter & Hampton, Washington, DC, Darren M. Franklin, Sheppard, Mullin, Richter & Hampton, Los Angeles, CA, Mark A. Geier, Sheppard Mullin Richter & Hampton, San Diego, CA, Robert J. Schoenberg, Riker, Danzig, Scherer, Hyland, Morristown, NJ, for Plaintiff–Appellee.

Bruce D. Derenzi, C. Randolph Ross, Crowell & Moring, LLP, New York, NY, Teresa Stanek Rea, Crowell & Moring, LLP, Washington, DC, for Defendant–Appellant.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42(b).